

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

December 4, 1961

Honorable Walter E. Wilson
County Attorney
Ector County
Odessa, Texas

Opinion No. WW-1204

Re: Whether the three-day
period required in Sec-
tion (b) of Article 4605,
Vernon's Civil Statutes,
contemplates a period of
three calendar days or a
period of seventy-two
hours.

Dear Mr. Wilson:

In your request for an opinion you ask the following
question:

"Does the three-day period required in
Article 4605, Section (b), Vernon's Annotated
Civil Statutes, contemplate a period of three
calendar days or a period of seventy-two hours?"

Section (b) of Article 4605, Vernon's Civil Statutes,
is concerned with the procedure for the issuance of a marriage
license. That part of Section (b) most pertinent to our dis-
cussion is as follows:

" . . .; provided however, that in the event
the male party is under the age of twenty-one
(21) years or the female party is under the
age of eighteen (18) years such application
shall have been on file in the County Clerk's
Office for a period of not less than three
(3) days."

One of the cardinal rules of statutory construction
is that words employed by the Legislature are to be taken in
their ordinary and popular acceptation, unless technical terms
are used, or unless it clearly appears from the context that
the words used were not intended to be understood in their
ordinary and popular signification. Engelking v. Von Womel, 26
Tex. 469 (1863); Clarey v. Hurst, 136 S.W. 840 (Civ. App.1911).
We have found no authority in regard to the definition of the
word "days" as it is used in Section (b) of Article 4605.

However, we have found ample authority for the proposition that the use of the word "day" in a statute should be considered in its ordinary sense as a "calendar day." Booker v. Chief Engineer of Fire Department of Woburn, 324 Mass. 264, 85 N.E.2d 766 (1949); In re Opinion of the Justice, 252 Ala. 541, 42 So.2d 27 (1949); Long v. City of Wichita Falls, 142 Tex. 202, 176 S.W.2d 936 (1944).

Therefore, it is our opinion that the word "days" as it appears in Section (b) of Article 4605, Vernon's Civil Statutes, was not intended by the Legislature to be taken in its restrictive or technical sense; that such word was intended to denote a calendar day and a day as a unit of time, not an aggregation of a certain number of hours, minutes or seconds.

## S U M M A R Y

The three day period required in Section (b) of Article 4605, Vernon's Civil Statutes, contemplates a period of three calendar days.

Yours very truly,

WILL WILSON
Attorney General of Texas

By I. Raymond Williams, Jr.
I. Raymond Williams, Jr.
Assistant

IRW:lgh:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Marvin Thomas
Robert Lewis
Morgan Nesbitt
Marvin Sentelle

REVIEWED FOR THE ATTORNEY GENERAL
BY: Houghton Brownlee, Jr.